# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT STEVEN AMAYA, | No. ED CV 17-00833-DSF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: September 4, 2019

_____
Dale S. Fischer
United States District Judge